UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREN GREEN,

        Plaintiff,

- against -

COVIDIEN LP,

        Defendant.

**ORDER**

18 Cv. 2939 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the stay of this action is lifted. Defendant is directed to file a renewed motion to dismiss the Second Amended Complaint by **August 21, 2020**. The parties do not need to re-file their briefing in connection with this motion.

Dated: New York, New York
       August 18, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge