UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KAREN GREEN,

                    Plaintiff,

    -against-                                 18 **CIVIL** 2939 (PGG)

## JUDGMENT

COVIDIEN LP,

                    Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated March 30, 2021, Defendant's motion to dismiss is granted; accordingly, this case is closed.

**Dated:**  New York, New York

        March 31, 2021

                                                  **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                       **BY:**      *K. Mango*

                                                  **Deputy Clerk**